# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER RUSANOWSKY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> CITY OF DALLAS and SGT. ) <br> ROGER A. RUDLOFF, individually ) <br> and in his official capacity as a Dallas ) <br> Police Department Police Officer, ) <br> ) <br> *Defendants*. ) <br> ) | Civil Action No. 3:22-cv-1132 |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff respectfully files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit. Plaintiff appeals from this Court's Final Judgment of April 18, 2024 (Doc. No. 75), which dismissed Plaintiff's claims against Defendant Sgt. Roger A. Rudloff with prejudice pursuant to its Memorandum Opinion and Order of March 4, 2024 (Doc. No. 69), and which dismissed Plaintiff's claims against the City of Dallas with prejudice pursuant to its Order of April 18, 2024 (Doc. No. 74).

Dated: May 17, 2024

David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
J. Sebastian Van Coevorden
Texas State Bar No. 24128101
svancoevorden@equalrights.law
**ELLWANGER LAW LLLP**
400 S. Zang Blvd. Ste. 600
Dallas, TX 75208
Telephone: (469) 998-6775
Facsimile: (469) 998-6775

Respectfully Submitted,

*/s/ Peter B. Steffensen*
Peter B. Steffensen
Texas State Bar No. 24106464
psteffensen@smu.edu
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, TX 75275
Telephone: (214) 768-4077
Facsimile: (214) 768-1611

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
Texas State Bar No. 12095275
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 N. Akard Street
Dallas, Texas 75201
tom@tsleatherburylaw.com
Telephone: (214) 213-5004

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Peter B. Steffensen*
Peter B. Steffensen