No. 24-10455

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

CHRISTOPHER RUSANOWSKY,

*Plaintiff-Appellant,*

v.

THE CITY OF DALLAS; SERGEANT ROGER A. RUDLOFF, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A DALLAS POLICE DEPARTMENT POLICE OFFICER,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
Civil Action No. 3:22-cv-1132, Judge Ed Kinkeade

**APPELLANT'S MOTION FOR LEAVE FOR LAW STUDENT TO PARTICIPATE IN ORAL ARGUMENT**

Peter B. Steffensen
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, TX 75275-0116
(214) 768-4077
psteffensen@smu.edu

Thomas S. Leatherbury
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 North Akard Street
Dallas, TX 75201-2305
(214) 213-5004
tom@tsleatherburylaw.com

**Counsel for Appellant Christopher Rusanowsky**

TO THE HONORABLE COURT:

Comes now Appellant Christopher Rusanowsky, by and through the undersigned counsel of record, and moves this Court for leave for a law student to participate in oral argument.

1. On January 23, 2025, the Court set this matter for oral argument. ECF No. 53. Appellant moves for leave to divide his oral argument time between his counsel of record Peter B. Steffensen, and SMU Dedman School of Law student Bradley Kucera. Mr. Kucera would appear on Appellant's behalf, and under the direct supervision of Mr. Steffensen for the five minutes of rebuttal time Appellant intends to reserve during oral argument. Appellees are unopposed to this Motion.

2. Mr. Kucera is a third-year student at SMU Dedman School of Law, and an Associate Member of the State Bar of Texas. He has completed five semesters of law school and has worked under the supervision of the undersigned counsel of record, both as a student in SMU's First Amendment Clinic for three semesters, and as a Stephen H. Philbin, II Fellow in First Amendment and Media Law for two summers.[1] He

---

[1] https://www.dallasbarfoundation.org/stephen-h-philbin-ii-fellowship.

researched, drafted, and edited parts of Appellant's Opening Brief, filed with this Court on September 4, 2024, ECF No. 28, and Appellant's Reply Brief, filed with this Court on November 25, 2024. ECF No. 35. If this Motion is granted, counsel for Appellant will ensure that Mr. Kucera receives additional moot court practice, so that he will be prepared to present rebuttal during oral argument and assist this Court in resolving this Appeal.

3. The Court has allowed law students to present oral argument in a number of recent cases. See Order Granting Motion to Allow Law Student to Present Oral Argument, *Sealed Appellant v. Sealed Appellee*, No. 22-50707 (5th Cir. June 28, 2023), ECF No. 104; Order Granting Motion for Law Student to Present Oral Argument, *Williams v. Davis*, No. 22-30181 (5th Cir. Apr. 13, 2022), ECF No. 53; Order Granting Motion for Law Student to Participate in Oral Argument, *Peña v. City of Rio Grande*, 816 F. App'x 966 (5th Cir. 2019) (No. 19-40217), ECF No. 25; Order Granting Motion to Allow Student Attorneys to Participate in Oral Argument, *Tucker v. City of Shreveport*, 998 F.3d 165 (5th Cir. 2019) (No. 19-30247), ECF No. 34.

4. Likewise, Appellant respectfully requests that this Court grant leave for Mr. Kucera to participate in oral argument in this matter.

## CONCLUSION AND PRAYER

For the foregoing reasons, Appellant respectfully requests that the Court grant his motion for leave for law student Bradley Kucera to participate in oral argument in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Peter B. Steffensen* | */s/ Thomas S. Leatherbury* |
| Peter B. Steffensen | Thomas S. Leatherbury |
| SMU DEDMAN SCHOOL OF LAW | Thomas S. Leatherbury Law, PLLC |
| FIRST AMENDMENT CLINIC | Cumberland Hill School Building |
| P.O. Box 750116 | 1901 North Akard Street |
| Dallas, TX 75275-0116 | Dallas, TX 75201-2305 |
| (214) 768-4077 | (214) 213-5004 |
| psteffensen@smu.edu | tom@tsleatherburylaw.com |
| | |
| | *Attorneys for Appellant* |
| | *Christopher Rusanowsky* |

# DECLARATION

1. My name is Peter B. Steffensen. I am the Assistant Director of the First Amendment Clinic at SMU Dedman School of Law, and counsel of record in the above-captioned matter. I make this declaration based upon my personal knowledge of the facts stated herein.

2. The First Amendment Clinic at SMU Dedman School of Law provides students the opportunity to participate in trial and appellate court proceedings involving a diverse range of First Amendment issues.

3. Bradley Kucera is a law student in the last semester of his 3L year at SMU Dedman School of Law. He participated in researching, drafting, and editing Appellant's Opening Brief, filed with this Court on September 4, 2024, and Appellant's Reply Brief, filed with this Court on November 25, 2024.

4. I am committed to ensuring that Mr. Kucera follows federal and local rules and advocates effectively on Appellant's behalf before this Court.

5. Allowing Mr. Kucera to engage in oral argument will serve an important clinical educational function by developing his oral advocacy and appellate advocacy skills.

5

6. On January 29, 2025, counsel for Appellees informed me that they do not oppose this Motion.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter B. Steffensen
Peter B. Steffensen
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, TX 75275-0116
(214) 768-4077
psteffensen@smu.edu

## CERTIFICATE OF CONFERENCE

On January 29, 2025, I conferred with counsel for Appellees via email and confirmed that Appellees do not oppose this motion.

*/s/ Peter B. Steffensen*
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I also certify that service will be accomplished on all registered CM/ECF users by the appellate CM/ECF system.

*/s/ Peter B. Steffensen*
*Counsel for Appellant*

## **CERTIFICATIONS UNDER ECF FILING STANDARDS**

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Peter B. Steffensen*
*Counsel for Appellant*

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that:

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 720 words, as determined by the word-count function of Microsoft Word, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the type-face requirements and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) and Fifth Circuit Rules 32.1 and 32.2 because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

*/s/ Peter B. Steffensen*
*Counsel for Appellant*
